RECEIVED
IN ALEXANDRIA, LA.

MAR 1 1 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT ANDREW REED | DOCKET NO. 12-CV-2651; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be **DENIED AND DISMISSED** because Petitioner has not shown that his custody is in violation of the Constitution or laws of the United States.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 8th day of _March_, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT